UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**RECEIVED**

SEP 0 3 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Ester Moore,
Plaintiff,

v.

Shelby County
Government, et al.
Defendant.

Case No. 24-2600

Add to original complaint as exhibits A & B

*[signature]*
Sept 3, 2024

## Moore, Ester

| | |
|---|---|
| **From:** | Moore, Ester |
| **Sent:** | Monday, August 28, 2023 8:47 AM |
| **To:** | Halbert, Wanda |
| **Cc:** | Cash, Bill; Grandberry, Bobby; Bowden, Edward |
| **Subject:** | Once again, pork smell everywhere! |

Greetings,

I am so upset that this is happening again! The first time this happened I made it clear that because of religious reasons and physical health concerns, I prefer to not work in an environment that reeks of pigs ass... unfortunately it has happened again. I opened the door to the building and almost fainted. I was unable to enter the second floor and almost vomited on Sabrina (from marriage).

I am filling a formal complaint. I did not choose to work in a restaurant or a pig processing plant. I am headed home with nausea and a headache; I can barely stand to type this email. God bless and have a great day!

Respectfully,

Ester Moore
Shelby County Clerk's Office
Executive Assistant
150 Washington Ave, Ste 200
Memphis, TN 38103
901-222-3016

PRIVACY/CONFIDENTIALITY NOTICE: This e-mail communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this communication in error, please notify the sender immediately by email and destroy all copies of this e-mail, including all attachments, without reading them or saving them to your computer or any attached storage device. If you are the intended recipient, you will need to secure the contents conforming to all applicable state and/or federal requirements related to the privacy and confidentiality of such information, including the HIPAA Privacy guideline.

**MOORE, Ester B DOB: 11/30/1976 (46 yo F)  Acc No. 61058  DOS: 10/20/2023**


**Christ Community**
HEALTH SERVICES

**Moore, Ester B**
46 Y old Female, DOB: 11/30/1976
Account Number: 61058
3166 MENSI ST, MEMPHIS, TN-38127-7269
Home: 901-825-5411
Guarantor: Moore, Ester B  Insurance: Cigna COM Payer
ID: 62308
Referring: CCHS Provider Select
Appointment Facility: CCHS Frayser Health Center

10/20/2023
Check In: 02:50 PM CST Check Out: 03:58 PM CST

Progress Notes: Paula Miller, APRN

**Current Medications**
Not-Taking/PRN

**Reason for Appointment**
1. Migraine headache
2. Cold with chest congestion for almost two weeks
3. Reports smells trigger headaches, esp pork cooking or smells
4. Headache report one every other month, six per yr

**History of Present Illness**
Mental Health Screening:

**Past Medical History**
Allergies.
Heart Murmur.
Migraines.
heart murmur: Yes(patient).

**Surgical History**
Denies Past Surgical History

**Family History**

**Social History**
Tobacco Use:
Tobacco Use/Smoking
  Are you a never smoked (patient)
Social Determinants:

Progress Note: Paula Miller, APRN    10/20/2023

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

MOORE, Ester B **DOB:** 11/30/1976 (46 yo F) **Acc No.** 61058 **DOS:** 10/20/2023

### Vital Signs
Triage Nurse Initials: **Caitlin Murdock CMA**, Wt: **184.6 lbs**, Ht: **70 in**, BP: **97/67 mm Hg**, HR: **83 /min**, RR: **18 /min**, Oxygen sat %: **98 %**, BMI: **26.48 Index**.

### Examination
General Examination:
   GENERAL APPEARANCE: pleasant, in no acute distress, headache with vomiting.
   ENT - Nose: **mild congestion**.
   LUNGS: **rales/crackles bases of right lung**.
   CV - Heart: regular rate and rhythm with murmer.
   NEUROLOGIC: light sensitivity, nausea and vomiting, headache frontal, known migranines , alert and oriented x3.

### Assessments
1. Intractable migraine with aura with status migrainosus - G43.111 (Primary)
2. Body mass index (BMI) 26.0-26.9, adult - Z68.26
3. Nausea and vomiting, unspecified vomiting type - R11.2
4. Overweight - E66.3
5. Nutritional counseling - Z71.3, Nutrition and Dietary counseling provided. Discussed eating more fruits and vegetables.
6. Exercise counseling - Z71.82, Exercise counseling provided. Discussed increasing physical activity based on current physical abilities.
7. Unemployment, unspecified - Z56.0
8. Extreme poverty - Z59.5
9. Other problems related to housing and economic circumstances - Z59.89
10. Encounter for blood pressure examination - Z01.30

### Treatment
**1. Intractable migraine with aura with status migrainosus**
Start Imitrex Tablet, 50 MG, 1 tablet at least 2 hours between doses as needed, Orally, Twice a day, 30 days, 6, Refills 2
Start Ondansetron HCl Tablet, 4 MG, 1 tablet, Orally, Once a day, 30 day(s), 30

**2. Nausea and vomiting, unspecified vomiting type**
Notes: will add zofran

### Visit Codes
99214 Office visit - established pt, Level 4.

**Allergies**

Progress Note: Paula Miller, APRN   10/20/2023

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

MOORE, Ester B DOB: 11/30/1976 (46 yo F) Acc No. 61058 DOS: 10/20/2023

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Childbirth 06/17

**Review of Systems**
General/Constitutional:
  Chills No(patient).
Fever No(patient). Weight gain No(patient).
Ophthalmologic:
  Blurred vision No(patient).
ENT:
  Sore throat No(patient). Hearing problems No(patient).
Cardiovascular:
  Irregular heartbeat Yes(patient). Chest pain No(patient). Swelling in hands/feet No(patient).
Respiratory:
  Cough No(patient). Wheezing No(patient). Shortness of breath Yes(patient).
Gastrointestinal:
  Constipation No(patient). Diarrhea No(patient). Nausea Yes(patient). Vomiting Yes(patient). Blood in stool No(patient). Change in bowel habits No(patient). Difficulty swallowing No(patient).
Urinary Tract:
  Difficulty urinating No(patient). Frequent urination No(patient).
Musculoskeletal:
  Painful joints No(patient). Muscle aches No(patient).
Skin:
  Rash No(patient).
Neurologic:
  Headache Yes(patient). Tingling/Numbness No(patient). Balance difficulty No(patient). Fainting No(patient).
Hematology:
  Easy bruising No(patient). Swollen glands No(patient).
Endocrine:
  Excessive thirst No(patient).
Psychiatric:
  Depressed mood No(patient).

**Procedure Codes**
1036F Current tobacco non-user (CAD, CAP, COPD, PV)1 (DM)4
3074F Most recent systolic blood pressure <130 mm Hg (DM), (HTN)
1159F Medication list documented in medical record (COA)
1160F Rev of all meds by prescribing practitioner
3008F Body Mass Index (BMI), documented (PV)
3078F DIAST BP <80 MM HG

**Follow Up**
4 Weeks (Reason: migraines)

**Care Plan Details**

*Paula Miller, APRN* (signature)

Electronically signed by Paula Miller, NP, 33568 on 10/20/2023 at 04:58 PM CDT

Sign off status: Completed

CCHS Frayser Health Center
969 Frayser Blvd
Memphis, TN 381275977
Tel: 901-842-3162
Fax: 901-842-2362

Progress Note: Paula Miller, APRN    10/20/2023

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)